# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2559

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Frank R. Peerman, also known as | * | |
| Barron Richard Hynes, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: September 7, 2000
Filed: October 10, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Frank Peerman appeals from the district court's[1] denial of reconsideration of his February 23, 1999 sentence-modification motion. We conclude that this ruling was correct because the sentence-modification motion--whether construed as an attempt to pursue a direct appeal from Peerman's September 12, 1997 resentencing, or as a 28 U.S.C. § 2255 motion--was untimely. See Fed. R. App. P. 4(b)(1)(A)(i) (10-day time limit); 28 U.S.C. § 2255 (1-year time limit).

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.